# DISTRICT COURT OF GUAM

MARESA L. ANDERSON

        PLAINTIFF

V.

THE UNITED STATES OF AMERICA,

        DEFENDANT

SUMMONS IN A CIVIL CASE

CASE NUMBER: **07-00003**

TO: (Name and address of Defendant)

JEFFREY TAYLOR, USA
JUDICIARY CENTER BUILDING
555 FOURTH ST. NW
WASHINGTON DC 20530

LEONARDO M. RAPADAS
UNITED STATES ATTORNEY
OFFICE OF THE U.S. ATTORNEY
108 HERNAN CORTES AVENUE, SUITE 500
HAGATNA, GUAM 96910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC
777 ROUTE 4, STE 12B
SINAJANA, GU 96910

ACKNOWLEDGED RECEIPT
Sign: _____
Print: CHRIS UNPINGCO
Date: 3/1/07

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

/s/ Walter M. Tenorio

(By) DEPUTY CLERK

MAR - 1 2007

DATE


COPY

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
               Date              *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.