The Law Offices of John S. Unpingco & Associates LLC
777 Route 4
Suite 12B
Sinajana, Guam 96910
Telephone: 671-475-8545
Facsimile: 671-475-8550

*Attorneys for Plaintiff*

FILED
DISTRICT COURT OF GUAM
MAR - 8 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| MARESA L. ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Case No. 07-00003<br><br>**DECLARATION OF SERVICE** |

I, **John Christopher Unpingco**, being first duly sworn, state the following:

1. That I am an employee of The Law Offices of John S. Unpingco & Associates, LLC.

2. That on March 5, 2007, I mailed, via registered mail, return receipt requested, Registered Mail No. RA496421493US, a copy of the Complaint and Demand for Jury Trial and the Summons filed on March 1, 2007 to Jeffrey Taylor, USA Judiciary Center Building 555 Fourth Street NW, Washington, DC 20530.

I declare under penalty of perjury under the laws of Guam that the foregoing is true and correct.

Executed in Sinajana, Guam this 07th day of March, 2007.

_____
John Christopher Unpingco
Declarant

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/5/07 |
| NAME OF SERVER (PRINT) CHRIS UNPINGCO | TITLE SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SENT VIA REGISTERED US MAIL #RA496421 49345 to JEFFREY TAYLOR, US ATTORNEY, JUDICIARY CENTER BLDG., 555 FOURTH ST. NW, WASHINGTON, DC 20530.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES REGISTERED MAIL FEE | TOTAL $10.38 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/5/07        _[signature]_
              Date           Signature of Server

777 ROUTE 4
STE 12B, SINAJANA GU 96910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.