# DISTRICT COURT OF GUAM

MARESA L. ANDERSON

     **PLAINTIFF**

    V.

THE UNITED STATES OF AMERICA

     **DEFENDANT**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07-00003**

# FILED

DISTRICT COURT OF GUAM

APR 13 2007

MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)

JOHN ASHCROFT
ATTORNEY GENERAL OF THE UNITED STATES
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE,
NW WASHINGTON, D.C., 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THE LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC
777 ROUTE 4, SUITE 12B
SINAJANA, GUAM 96910

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
 Clerk Of Court

APR 12 2007

CLERK                DATE

(By) DEPUTY CLERK

ORIGINAL

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE **4/12/07** |
| NAME OF SERVER *(PRINT)* **CHRIS UNPINGCO** | TITLE **MANAGER** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **SENT VIA CERTIFIED MAIL # 7006 0810 0000 8803 1332 TO: JOHN ASHCROFT, ATTORNEY GENERAL OF THE U.S., DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVENUE, NW WASHINGTON, D.C. 20530**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____**4/12/07**_____        _____
              Date                                        *Signature of Server*

_____**777 ROUTE 4, SUITE 12B, SINAJANA, GU 96910**_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.