1
2
3
4
5 DISTRICT COURT OF GUAM
6 TERRITORY OF GUAM
7
8 MARESA L. ANDERSON,                              CIVIL CASE NO. 07-00003
9                    Plaintiff,
10      vs.                                        **SCHEDULING NOTICE**
11 THE UNITED STATES OF AMERICA,
12                    Defendant.
13

14 **John S. Unpingco**
   **LAW OFFICES OF JOHN S. UNPINGCO**
15  **and ASSOCIATES LLC**
   **777 Route 4, Suite 12B**
16 **Sinajana, Guam 96910**

17        The Local Rules establish procedures for complying with Rule 16(b) and 26(f) of the

18 Federal Rules of Civil Procedure.  Counsel should study Local Rules before attempting to

19 process cases in this Court.

20        Pursuant to Local Rule 16.1 and 16.2, it is hereby ORDERED that:

21        1.      Counsel of record and all <u>pro se</u> litigants that have appeared in the case

22 must meet and confer, within fifteen (15) days after receipt of this Notice, but no later than sixty

23 (60) days after the filing of the complaint, prior to commencing discovery.

24        2.      A  proposed Scheduling Order and a proposed Discovery Plan shall be

25 filed on or before the 15th of May, 2007.  Careful and immediate attention should be given to the

26 directions in Local Rules 16.1 and 16.2 to ensure complete and timely compliance with Federal

Rules 16(b) and 26(f), and Local Rules.

3.     Plaintiffs' counsel, or if the plaintiff is <u>pro se</u>, then the <u>pro se</u> plaintiff, must take the lead in the preparation of the Scheduling Order.  If a defendant is not contacted by a <u>pro se</u> plaintiff within the required time frame, the defendant's counsel shall contact the <u>pro se</u> plaintiff and arrange a meeting to comply with this Rule in the appropriate time frame.  The failure of a party or its counsel to participate in good faith in the framing of a Scheduling Order may result in the imposition of sanctions.

4.     Counsel of record and all <u>pro se</u> litigants that have appeared in the case are jointly responsible for submitting a Proposed Discovery Plan to the Court.

5.     A Scheduling Conference shall be held on the **29th day of May, 2007, at 10:00 a.m.**

6.     Counsel are reminded that:

a)     The filing of motions does not postpone discovery.

b)     Local Rule 37.1 governs discovery disputes and motions.

c)     The number and form of interrogatories are governed by

Local Rule 33.1.

d)     Discovery documents and certificates of service shall not be filed with the Clerk until there is a proceeding in which the document or proof of service is in issue.

Dated:  April 13, 2007                    MARY L.M. MORAN
                                          Clerk , District Court of Guam


                                          By: /s/ Renee M. Martinez
                                              Deputy Clerk