LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR 27 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| MARESA L. ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL CASE NO. 07-00003<br><br>ANSWER OF THE UNITED STATES |

    THE UNITED STATES, Defendant herein, submits its answer to the Complaint as follows:

    1. ADMITS.

    2. ADMITS.

    3. Defendant is without sufficient knowledge to admit or deny the allegations contained in this paragraph and therefore DENIES same.

    4. ADMITS that Captain Kirin L. Madden is a member of the United States Air Force and acting within the scope of her office and employment.

5. ADMITS.

6. Defendant is without sufficient knowledge to admit or deny the allegations in paragraph VI.

7. Defendant is without sufficient knowledge to admit or deny the allegations in paragraph VII.

8. This paragraph contains conclusions of law to which no answer if required. To the extent an answer is deemed necessary, defendant Denies the allegations contained in this paragraph.

9. This paragraph contains conclusions of law to which no answer if required. To the extent an answer is deemed necessary, defendant DENIES the allegations contained in this paragraph.

## FIRST AFFIRMATIVE DEFENSE

The United States DENIES any of its agents or employees were negligent and/or breached any standard of care due the Plaintiff and/or engaged in any conduct which was the proximate cause of the injuries, damages and losses allegedly incurred by Plaintiff.

## SECOND AFFIRMATIVE DEFENSE

Pursuant to 28 U.S.C. § 2674, Plaintiff is proscribed from recovering any amount for prejudgment interest against the United States of America.

//
//

### THIRD AFFIRMATIVE DEFENSE

Under 28 U.S.C.§ 2412(D)(1)(a), Plaintiff cannot recover attorney's fees from the United States of America.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs claim is diminished or completely barred by Guam law regarding comparative/contributory negligence.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff voluntarily assumed the risk of injury.

### SIXTH AFFIRMATIVE DEFENSE

Pursuant to 28 U.S.C. § 2402, Plaintiff is not entitled to a jury trial.

### SEVENTH AFFIRMATIVE DEFENSE

All future damages, if any, must be reduced to present value.

### EIGHTH AFFIRMATIVE DEFENSE

The United States has not waived its sovereignty under the Federal Tort Claims Act ( FTCA), 28 U.S.C. § 1346(b) to include a jury trial.

### NINTH AFFIRMATIVE DEFENSE

Defendant reserves the right to amend its Answer with additional defenses of which it may become aware as discovery progresses and to raise any other matter constituting an avoidance or affirmative defense.

//

WHEREFORE, having fully answered all counts of the Complaint, Defendant prays that Plaintiff takes nothing by way of her Complaint against it, that the same be dismissed, and that judgment be awarded in favor of Defendant, together with costs and such other and further relief as the Court deems appropriate in this case.

RESPECTFULLY SUBMITTED this 27th day of April 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

- 4 -

# CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that on April 27, 2007, I caused to be served by personal service, a copy of the foregoing document, "Answer of the United States", Civil Case No. 07-00003, <u>Maresa L. Anderson v. United States</u>, to the following attorney of record:

> Law Offices of John S. Unpingco & Associates LLC
> 777 Route 4, Suite 12B
> Sinajana, Guam 96910

*[signature]*
FRANCES B. LEON GUERRERO
Legal Assistant