The Law Offices of John S. Unpingco
& Associates LLC
777 Route 4
Suite 12B
Sinajana, Guam 96910
Telephone: 671-475-8545
Facsimile: 671-475-8550

*Attorneys for Plaintiff*

FILED
DISTRICT COURT OF GUAM
MAY 25 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| MARESA L. ANDERSON,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　Defendant. | Civil Case No. 07-00003<br><br>**PLAINTIFF'S NOTICE OF<br>L.R. 26.2 DISCLOSURE** |

　　　Plaintiff, Maresa L. Anderson, hereby certifies that she, through her attorneys of record, has served upon counsel of record for Defendant Plaintiff's Disclosure pursuant to L.R. 26.2 on May 25, 2007 via hand delivery.

　　　DATED: May 25, 2007.

　　　　　　　　　　　　　　　　　　　　　　**The Law Offices of John S. Unpingco &
　　　　　　　　　　　　　　　　　　　　　　Associates, LLC**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Georgette Bello Concepcion, Esq.

Plaintiff's Notice L.R. 26.2 Disclosures
Page 1 of 2

ORIGINAL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following counsel of record via hand delivery on May 25, 2007:

Mikel W. Schwab, Esq.
**Office of the United States Attorney**
108 Hernan Cortes Avenue
Suite 500
Hagåtña, Guam 96910

_____
GEORGETTE BELLO CONCEPCION, ESQ.