# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| MARESA L. ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Case No. 07-00003<br><br><br><br>**MINUTES** |

(√) SCHEDULING CONFERENCE ( ) PRELIMINARY PRETRIAL CONFERENCE
(May 29, 2007, at 10:10 a.m.)

( ) FINAL PRETRIAL CONFERENCE ( ) STATUS CONFERENCE

**Notes**: Representing the Plaintiff was John S. Unpingco. Appearing on behalf of the Defendant was Assistant U.S. Attorney Mikel Schwab.

Judge Manibusan and counsel went over the parties' proposed scheduling order and discovery plan. Judge Manibusan made certain changes and thereafter approved and signed the parties' submission.

Mr. Unpingco advised the Court that the Plaintiff would likely file an amended complaint which deletes the previous jury demand and clarifies other factual matters. A version of the proposed amended complaint has already been provided to defense counsel.

Counsel agreed to cooperate in scheduling the depositions of off-island witnesses by video-conference to minimize travel expenses. The parties were reminded to schedule such depositions well in advance of trial to prevent the need to continue the trial date.

1  Counsel stated that they hope to settle the matter without a trial or further Court
2  intervention. Judge Manibusan, nevertheless, believed that scheduling a settlement conference
3  on a date certain would eliminate the need for the parties to submit a request for such a
4  conference in the future. Accordingly, Judge Manibusan scheduled a settlement conference for
5  June 18, 2008, at 10:00 a.m., or sooner if requested by the parties.
6  The conference concluded at 10:25 a.m.
7  Dated: May 29, 2007.

**Prepared by:** Judith P. Hattori
Law Clerk