The Law Offices of John S. Unpingco
& Associates LLC
777 Route 4
Suite 12B
Sinajana, Guam 96910
Telephone: 671-475-8545
Facsimile: 671-475-8550

*Attorneys for Plaintiff*

**FILED**
DISTRICT COURT OF GUAM

JUL 1 9 2007 mba

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| MARESA L. ANDERSON, | Civil Case No. 07-00003 |
| Plaintiff, | |
| vs. | **STIPULATION TO AMEND COMPLAINT** |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

COMES now Plaintiff, Maresa L. Anderson, and Defendant, The United States of America, pursuant to Federal Rules of Civil Procedure, Rule 15(a), through undersigned counsel to stipulate and agree that Plaintiff be allowed to amend her Complaint.

It is so stipulated.

The Law Offices of John S. Unpingco
& Associates, LLC

_/s/ John S. Unpingco_          Date: 7/3/07
By: John S. Unpingco
Attorneys for Plaintiffs

ORIGINAL

Leonardo M. Rapados, U.S. Attorney
Districts of Guam and NMI

_____
By: Mikel W. Schwab,
Assistant U.S. Attorney,
Attorneys for Defendant

Date: JUL 9 2007