# DISTRICT COURT OF GUAM

MARESA L. ANDERSON,
            Plaintiff,

V.

THE UNITED STATES OF AMERICA,
            Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    **07–00003**

TO: (Name and address of Defendant)

> **JOHN ASHCROFT**
> **ATTORNEY GENERAL OF THE UNITED STATES**
> **DEPARTMENT OF JUSTICE**
> **950 PENNSYLVANIA AVENUE,**
> **NW WASHINGTON, DC   20530**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> **THE LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**
> **777 ROUTE 4, SUITE 12B**
> **SINAJANA, GUAM  96910**

ACKNOWLEDGED RECEIPT
Sign: _C.J. ___
Print: _CHRIS UNPINGCO_
Date: _7/19/0___

**First Amended**
an answer to the complaint which is served on you with this summons, within    **60**    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

JUL 19 2007

CLERK     /s/ Marilyn B. Alcon       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and **First Amended** complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| **John Christopher Unpingco** | **Server** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): **Sent via Certified Mail #** _____
    **to:  John Ashcroft, Attorney General of the United States,**
    **Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC**
    **20530**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date

_____
Signature of Server
**THE LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**
**777 ROUTE 4, SUITE 12B**
**SINAJANA, GUAM  96910**

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure