AO 440 (Rev 8/01) Summons in a Civil Action



**FILED**
DISTRICT COURT OF GUAM
JUL 23 2007
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

MARESA L. ANDERSON,
    Plaintiff,
V.
THE UNITED STATES OF AMERICA,
    Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER:     07-00003

TO: (Name and address of Defendant)

JOHN ASHCROFT
ATTORNEY GENERAL OF THE UNITED STATES
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE,
NW WASHINGTON, DC    20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THE LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC
777 ROUTE 4, SUITE 12B
SINAJANA, GUAM   96910

an answer to the First Amended complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

CLERK

(By) DEPUTY CLERK

DATE   JUL 19 2007

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and **First Amended** complaint was made by me⁽¹⁾ | DATE 7-19-07 | |
| NAME OF SERVER *(PRINT)* John Christopher Unpingco | TITLE Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent via Certified Mail # 7006 0100 0006 0956 6435 to: John Ashcroft, Attorney General of the United States, Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/19/07
Date

*Signature of Server*
THE LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC
777 ROUTE 4, SUITE 12B
SINAJANA, GUAM 96910

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.