AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

MARESA L. ANDERSON,
        **Plaintiff,**
    V.

THE UNITED STATES OF AMERICA,
        **Defendant.**

## SUMMONS IN A CIVIL CASE

CASE NUMBER:  **07-00003**

TO: (Name and address of Defendant)

    **LEONARDO M. RAPADAS**
    **UNITED STATES ATTORNEY**
    **OFFICE OF THE U.S. ATTORNEY**
    **108 HERNAN CORTES AVENUE, SUITE 500**
    **HAGATNA, GUAM 96910**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    **THE LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**
    **777 ROUTE 4, SUITE 12B**
    **SINAJANA, GUAM 96910**

an answer to the **First Amended** complaint which is served on you with this summons, within   **60**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

JUL 19 2007

CLERK

_Marilyn B Alcon_

(By) DEPUTY CLERK         DATE

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and **First Amended** Complaint was made by me[1] | DATE | 07/19/07 |

| NAME OF SERVER *(PRINT)* | TITLE | |
|---|---|---|
| JOHN CHRISTOPHER UNPINGCO | Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **Served to Office of the United States Attorney, 108 Hernan Cortes Avenue, Suite 500, Hagatna, Guam 96910**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/19/07___
*Date*

_____
*Signature of Server*

THE LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC
777 ROUTE 4, SUITE 12B
SINAJANA, GUAM 96910

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure