LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

AUG - 7 2007

JEANNE G. QUINATA

**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

MARESA L. ANDERSON, )  CIVIL CASE NO. 07-00003
                    )
        Plaintiff,   )
                    )  **ANSWER OF THE UNITED STATES**
    vs.             )  **TO THE FIRST AMENDED**
                    )  **COMPLAINT**
UNITED STATES OF AMERICA, )
                    )
        Defendant.   )
_____ )

   THE UNITED STATES, Defendant herein, submits its answer to the First Amended
Complaint as follows:

   1. ADMITS.

   2. ADMITS.

   3. Defendant is without sufficient knowledge to admit or deny the allegations contained
in Paragraph III and therefore DENIES same.

   4. ADMITS that Captain Kirin L. Madden is a member of the United States Air Force
and acting within the scope of her office and employment.

1    5. ADMITS.

2

3    6. Defendant is without sufficient knowledge to admit or deny the allegations in
4    paragraph VI.

5

6    7. Defendant is without sufficient knowledge to admit or deny the allegations in
7    paragraph VII (erroneously captioned as paragraph VIII in the First Amended Complaint).

8

9    8. Paragraph VIII contains conclusions of law to which no answer if required. To the
10   extent an answer is deemed necessary, defendant Denies the allegations contained in this
11   paragraph.

12

13   9. Paragraph IX contains conclusions of law to which no answer if required. To the
14   extent an answer is deemed necessary, defendant DENIES the allegations contained in this
15   paragraph.

16

17                          FIRST AFFIRMATIVE DEFENSE

18   The United States DENIES any of its agents or employees were negligent and/or
19   breached any standard of care due the Plaintiff and/or engaged in any conduct which was the
20   proximate cause of the injuries, damages and losses allegedly incurred by Plaintiff.

21

22                        SECOND AFFIRMATIVE DEFENSE

23   Pursuant to 28 U.S.C. § 2674, Plaintiff is proscribed from recovering any amount for
24   prejudgment interest against the United States of America.

25   //

26   //

27

28                                    - 2 -

1        THIRD AFFIRMATIVE DEFENSE

2        Under 28 U.S.C.§ 2412(D)(1)(a), Plaintiff cannot recover attorney's fees from the United

3   States of America.

4

5        FOURTH AFFIRMATIVE DEFENSE

6        Plaintiffs claim is diminished or completely barred by Guam law regarding

7   comparative/contributory negligence.

8

9        FIFTH AFFIRMATIVE DEFENSE

10       Plaintiff voluntarily assumed the risk of injury.

11

12       SIXTH AFFIRMATIVE DEFENSE

13       Pursuant to 28 U.S.C. § 2402, Plaintiff is not entitled to a jury trial.

14

15       SEVENTH AFFIRMATIVE DEFENSE

16       All future damages, if any, must be reduced to present value.

17

18       EIGHTH AFFIRMATIVE DEFENSE

19       The United States has not waived its sovereignty under the Federal Tort

20   Claims Act ( FTCA), 28 U.S.C. § 1346(b) to include a jury trial.

21

22       NINTH  AFFIRMATIVE DEFENSE

23       Defendant reserves the right to amend its Answer with additional defenses of which it

24   may become aware as discovery progresses and to raise any other matter constituting an

25   avoidance or affirmative defense.

26   //

27

28                                  - 3 -

1        WHEREFORE, having fully answered all counts of the Complaint, Defendant prays that

2 Plaintiff takes nothing by way of her Complaint against it, that the same be dismissed, and that

3 judgment be awarded in favor of Defendant, together with costs and such other and further relief

4 as the Court deems appropriate in this case.

5

6        RESPECTFULLY SUBMITTED this 7th day of August 2007.

7

8                              LEONARDO M. RAPADAS

                               United States Attorney

9                              Districts of Guam and NMI

10

11              BY:

                           MIKEL W. SCHWAB

                           Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                             - 4 -