```
LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215
```

**FILED**
DISTRICT COURT OF GUAM

AUG - 7 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

| | |
|---|---|
| MARESA L. ANDERSON, ) | CIVIL NO. 07-00003 |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, ) | |
| Defendants. ) | |

I, FRANCES B. LEON GUERRERO, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that on August 7, 2007, I caused to be served by personal service, a copy of the foregoing document, " Answer of the United States to the First Amended Complaint", Maresa L. Anderson v. United States, Civil Case No. 07-00003, the following attorney of record:

> The Law Offices of John S. Unpingco & Associates LLC
> 777 Route 4, Suite 12B
> Sinajana, Guam 96910

BY: *(signature)*
FRANCES B. LEON GUERRERO
Legal Assistant