**ORIGINAL**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
KRISTIN ST.PETER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 10 2007

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

| | |
|---|---|
| MARESA L. ANDERSON,<br><br>          Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant | CIVIL CASE NO. 07-00003<br><br>DEFENDANT'S DESIGNATION<br>OF EXPERT WITNESS |

COMES NOW defendant, United States of America, and hereby provides notice of its intent to use the following expert witness to testify as to the medical issues, including standard of care, life care planning and economic issues, any subject within his areas of expertise and any opinion, fact, or issue raised by the Plaintiff or Plaintiff's experts in the above entitled case:

    Benjamin Worth Berg, MD, FACP
    (with attached CV)
    Telehealth Research Institute
    University of Hawaii
    John A. Burns School of Medicine
    Medical Education Building
    651 Ilalo St.
    Honolulu, HI 96859-5000
    Tel: (808) 692-1093

The witness will testify in the case in chief and in rebuttal as necessary.

Respectfully submitted this 10th day of October 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

**Benjamin Worth Berg, MD, FACP**  
Curriculum Vitae  
April 2007

Telephone (w)808-692-1093  
(h) 808-737-5392  
(cell) 808-779-5651  
FAX 808-692-1250  
EMAIL bwberg@hawaii.edu

## PERSONAL INFORMATION
| | |
|---|---|
| Birthdate | December 9, 1957 (London, United Kingdom) |
| Citizenship | Dual National Status: USA & United Kingdom |
| Social Security # | 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 |
| Marital Status | Married to Carole A. (Murphy) |
| Children | Asa Benjamin Berg |
| | Sarah Avery Berg |
| | Ezra Haven Berg |
| Work Address | Telehealth Research Institute |
| | University of Hawaii |
| | John A Burns School of Medicine |
| | 651 Ilalo St. |
| | Honolulu, HI 96859-5000 |
| Home Address | 4680 Aukai Avenue |
| | Honolulu, HI 96816 |

## EDUCATION
| | | |
|---|---|---|
| 1975 | Newton (MA) North High School | |
| 1979 | BS, Zoology | U. of Massachusetts. Amherst, MA |
| 1983 | MD, Medicine | Tufts University School of Medicine. Boston, MA |

**Internship and Residencies**

| | |
|---|---|
| 1983-84 | Intern: Internal Medicine |
| | Walter Reed Army Medical Center, Washington, DC |
| 1986-88 | Resident: Internal Medicine |
| | Walter Reed Army Medical Center, Washington, DC |
| 1990-92 | Fellow: Pulmonary Disease |
| | Walter Reed Army Medical Center, Washington, DC |
| 1992-93 | Fellow: Critical Care Medicine |
| | Walter Reed Army Medical Center, Washington, DC |

## LICENSURE AND CERTIFICATION
| | |
|---|---|
| 1986 | Hawaii State Medical License: # 5477 |
| | Active current unrestricted license |
| 1988 | American Board of Internal Medicine |
| | Diplomate #119834 |
| |     1988   Internal Medicine Valid indefinitely |
| |     1992   Pulmonary Disease     Valid to 2012 |
| |     1993   Critical Care Medicine   Valid to 2013 |
| 2000 | Kingdom of Thailand Temporary Medical License 2000-2001 |

## ACADEMIC APPOINTMENTS
**Current**

| | |
|---|---|
| 2007 | Clinical Professor of Medicine, John A. Burns School of Medicine, University of Hawaii, Honolulu, HI |
| 2001 | Associate Professor of Medicine, Uniformed Services University of Health Sciences, Bethesda, MD |

**Past**

| | |
|---|---|
| 1986-88 | Teaching Fellow, Uniformed Services University of Health Sciences. Bethesda, MD. |

| | |
|---|---|
| 1990–93 | Instructor in Medicine<br>Uniformed Services University of Health Sciences,<br>Bethesda, MD. |
| 1988-1990 | Assistant Clinical Professor, John A. Burns School of Medicine. |
| 1993-2000 | University of Hawaii, Honolulu, HI. |
| 1996-2006 | Adjunct Faculty. Center of Excellence in Disaster Management and Humanitarian Assistance. US Pacific Command & Tripler Army Medical Center. Honolulu, Hawaii. |
| 2000-2007 | Associate Clinical Professor of Medicine, John A. Burns School of Medicine<br>University of Hawaii, Honolulu, HI |

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1983-1993 | Walter Reed Army Medical Center, Washington, DC (Inactive)<br>Internal Medicine, Pulmonary and Critical Care, Emergency Medicine |
| 1983-Present | Tripler Army Medical Center, Honolulu, HI (Active)<br>Medicine, Pulmonary and Critical Care |

Key Positions:
| | |
|---|---|
| 1988 | Chief – Internal Medicine Clinic |
| 1994 | Chief - Pulmonary and Critical Care Medicine |
| 1997 | Program Director – Internal Medicine Residency |
| 2004-2005 | Chief – Department of Clinical Investigation |
| 2003 – present | Director electronic ICU (eICU telemedicine program) |
| 2004 – 2005 | Director – Directorate of Health Education and Training |
| 2007 – present | Pulmonary and Critical Care Staff Physician Contract Employee |

| | |
|---|---|
| 1988-90 | Pali Momi Medical Center, Aiea, HI (Inactive)<br>Internal Medicine |
| 1994 - present | Kaiser Permanente Moanalua Medical Center, Honolulu, HI.<br>Internal Medicine, Pulmonary and Critical Care – (Active) |
| 2000-2003 | Phramongkutklao Medical Center, Bangkok Thailand<br>Internal Medicine, Pulmonary and Critical Care (inactive) |

## PRESENT PROFESSIONAL POSITIONS

| | |
|---|---|
| 2005 | Director of Simulation. Telehealth Research Institute<br>University of Hawaii, John A Burns School of Medicine |
| 2003 | Medical Director Tripler Army Medical Center electronic ICU (eICU)<br>Telehealth Remote Consultation Service |

### Other Professional Positions
**Military**
1984-86 Chief of Aviation Medicine Clinic, US. Army Health Clinic, Schofield Barracks, HI,
1988-90 Staff internist and Chief of Internal Medicine Clinic, Tripler Army Medical Center, Honolulu, HI,
1993-94 Staff, Pulmonary and Critical Care Medicine Service, Department of Medicine. Tripler Army Medical Center, Honolulu, HI 96859-5000.
1994-97 Chief Pulmonary and Critical Care Medicine Service, Department of Medicine. Tripler Army Medical Center, Honolulu, HI 96859-5000
1997-2004
    Internal medicine residency program director, Tripler Army Medical Center, Honolulu, HI 96859-5000
**Civilian**
1988-90 Consulting Physician, Acute Care Medical Services and Pali Momi Medical Center, Honolulu, HI
1988 – Present
    Consulting Physician, Core Incorporated (Now MCMC LLC);Peer Review Associates , Boston Massachusetts. Independent peer review services for major health care systems and insurance carriers.

1998 - Present:
    Critical Care/Pulmonary/Internal Medicine staff physician – Kaiser Permanente Group of Hawaii.

1993 - Present
    Consultant in Managed Care (Benjamin W Berg MD-Consulting). Activities include independent peer review, formulary management review, disability determination, clinical guideline development and review, medical necessity criteria review and development, medico-legal (forensic) review activities.

1993 - 1999
    Consulting Physician, Arthur Ellison Associates, Boston Massachusetts.

1996 – 2004
    Continuing Medical Education Director, Hawaii Thoracic Society (American Lung Association), Honolulu, HI

2000- Present
    Consultant Physician, McKesson HBOC- Interqual, Marlborough, Massachusetts. Develop, and review industry-standard health care utilization criteria

2003-4 Director and owner PacificNurse LLC. Hawaii based International Health Care Career Management services.

## AWARDS AND HONORS
### Academic
| | |
|---|---|
| 1979 | Phi Beta Kappa, University of Massachusetts |
| 1979 | Commonwealth Scholar, University of Massachusetts |
| 1990 | Alpha Omega Alpha, Uniformed Services University of Health Sciences |
| 1992 | Carl Temple Pulmonary Symposium,. American College of Physicians, Army Chapter annual meeting. Outstanding research presentation |
| 1993 | Graves B. Erskine Award, -Outstanding Graduating Fellow, Walter Reed Army Medical Center |
| 1993 | Bailey K. Ashford Clinical Research Symposium Award, Walter Reed Army Medical Center |
| 1998 | Order of Military Medical Merit |
| 1998 | US Army Surgeon General's "A" Proficiency Designator |
| 2006 | American College of Physicians; Laureate Award. Army Chapter |

### Other
| | |
|---|---|
| 2001 | American Lung Association of Hawaii – Donald Ford volunteer of the year award |
| 2006 | 2006 Hawaii Technology Industry Award – Pacific Technology Foundation |

## MAJOR COMMITTEE ASSIGNMENTS
### Hospital
Tripler Army Medical Center

| | |
|---|---|
| 1993-1998 | Pharmacy and Therapeutics Committee |
| 1993-1997 | Chair, Drug Utilization Review Committee |
| 1995 | Chair Critical Care re-organization Process Action Team |
| 1996-9 | Chair Special Care Unit Committee |
| 1997-01 | Clinical Investigation-Scientific Review Committee |
| 1997-2004 | Hospital Education Committee |
| 1997-2004 | Graduate Medical Education Committee |
| 1997-2003 | Hospital Continuing Education Committee |
| 2003-4 | Chair: Institutional Review Board/Human Use Committee |
| 2004 - 2005 | Chair, Hospital Education Committee |
| | Chair, Hospital Graduate Medical Education Committee |
| | Chair, Hospital Continuing Medical Education Committee |
| | Managed Care Committee |
| | Performance Improvement Council |
| | Tripler Provider Health Monitoring Program (Impaired Provider Committee) |
| | Executive Committee of the Medical Staff |
| | Institutional Coordinating Committee |

Department of Internal Medicine

| | |
|---|---|
| 1993-2004 | Chair Department Education Committee |
| 1993-2004 | Peer Review Activity Team member |

1993-2004        Chair CME Committee

**University of Hawaii, John A Burns School of Medicine**
2003- present    Medical School Interview Committee
1995-2005        Department of Medicine Grand Rounds Committee
2005-present     Clinical Skills Preceptor
1996-present     Lecturer, Internal Medicine Residency Program

**Other**
1988-present     Hawaii Thoracic Society (American Lung Association), Honolulu, HI
                 CME committee and Research Committee
1996-2003        Chairman Scientific review Committee. Hawaii Chapter American College of Physicians
                 Annual Meeting.
1998             Co-Chair Scientific Review Committee. Asia Pacific Military Medicine Conference.
                 (Auckland New Zealand April 1998)
1999             American Thoracic Society International Conference Clinical Assembly Program
                 Committee (San Diego CA, April 1999)
1999             Co-Chair Planning Committee Hawaii Chapter American College of Physicians-
                 American Society of Internal Medicine Annual Meeting
1999             Co-Chair Scientific Review Committee. Asia Pacific Military Medicine Conference.
                 (Bangkok Thailand-March 1999)
2000             Co-Chair Scientific Review Committee/Planning Committee. Asia Pacific Military
                 Medicine Conference X. (Singapore-April 2000)
2001             Co-Chair Scientific Review Committee/Planning Committee. Asia Pacific Military
                 Medicine Conference XI. (Auckland-May 2001)
1998             Co-Chair Planning committee Hawaii Chapter American College of Physicians-
                 American Society of Internal Medicine Annual Meeting
2001             Chair Program Committee, Hawaii Thoracic Society/American Lung Association of
                 Hawaii Annual Symposium: Respiratory Infections (Wailea - February 2001)
2003-present     Board of Directors Ocean Medicine Foundation.
2002             Co-Chair Scientific Review Committee/Planning Committee. Asia Pacific Military
                 Medicine Conference XII. (Kuala Lumpur -April 2002)
2002             Chair Program Committee, Hawaii Thoracic Society/American Lung Association of
                 Hawaii 2nd Annual Symposium: Current Concepts in Pulmonary and Critical Care
                 (Wailea - February 2002)
2002-03          Co-Chair Scientific Review Committee/Planning Committee. Asia Pacific
                 Military Medicine Conference XIII. (Bangkok - May 2003)
2003             Co-Chair: Management of COPD in the Pacific Rim: A Bridge To Tomorrow (Kona
                 Hawaii 10-12 January 2003) Sponsors: American Thoracic Society, European Society of
                 Respirology, Latin American Thoracic Society, Asia Pacific Society of Respirology,
                 American Lung Association of Hawaii.
2003-04          Co-Chair Scientific Review Committee/Planning Committee. Asia Pacific Military
                 Medicine Conference XIV. (Brisbane, Australia- May 2004)
2003-04          Co-Chair Scientific Review Committee/Planning Committee. Asia Pacific Military
                 Medicine Conference XV. (Hanoi - May 2005)
2003             Chair Program Committee, Hawaii Thoracic Society/American Lung Association of
                 Hawaii 3rd Annual Symposium: Current Concepts in Pulmonary and Critical Care
                 (Wailea - February 2003)
2004             Chair Program Committee, Hawaii Thoracic Society/American Lung Association of
                 Hawaii 3rd Annual Symposium: Current Concepts in Pulmonary and Critical Care
                 (Wailea - February 2004)

## MEMBERSHIPS AND COMMITTEE ASSIGNMENTS IN PROFESSIONAL SOCIETIES

American College of Physicians
- 2001 — Fellow - Elected
- 1995 – Present — Hawaii Chapter Governor's Council
- 2004-5 — Scientific Review Committee, annual Meeting, Hawaii Chapter
- 1997-2004 — Army Chapter Governors Council
- Awards Committee

American Thoracic Society
- 1990-Present — Member
- 1999 — American Thoracic Society International Conference Clinical Assembly Program Committee (San Diego CA, April 1999)

Hawaii Thoracic Society
- 1998-2003 — President, Hawaii Thoracic Society

Massachusetts Medical Society
- 1979-Present — Member

Society of Critical Care Medicine
- 2003-Present — Member

## EDITORIAL POSITIONS

Editorships
- 1997-99 — Editor: Hawaii Medical Journal; Harry Arnold Case of the Month
- 1995 — Editor. Hawaii Medical Journal; "Tripler Army Medical Center; 75 Years of Military Medicine" Hawaii Med J.1995:54(7)
- 2004 — Editor. Hawaii Medical Journal. "Telehealth: Technology for Teaching, Learning and Caring". Hawaii Med J.2004:63(10)

Editorial Boards
- 1993-2000 — Hawaii Medical Journal

Ad Hoc Reviewer
- 1993-2004 — Hawaii Medical Journal
- 2004 — Mayo Clinic Proceedings
- 2004 — American Journal of Infection Control

## RESEARCH INTERESTS AND ACTIVITIES

Active Protocols:

Universtiy of Hawaiii
- University of Hawaii CHS # xxx Co-PI
  - MS3 Trauma Simulation
- University of Hawaii CHS Protocol # 14932 PI
  - Pilot Study of Teaching Nursing Skills at a Distance Using rRemotely Controlle Manikins
- University of Hawaii CHS Protocol # 14931 PI
  - Survey of Simulation Center Defibrillation Practices
- University of Hawaii CHS Protocol # 15200 PI
  - Videolaryngoscopy Skills Traiing in Novice and experienced Students

Tripler Army Medical Center
- Electronic ICU Turn-On turn Off Project
  - Critical Care Department– Co-PI
- ICU Multipoint Military Pacific Consultation Using Telehealth "IMMPACT
  - Critical Care Department– Co-PI
- Is Video Enhanced Feedback Better Than Traditional Debriefing In Neonatal Resuscitation Simulation Training?
  - Department of Pediatrics - Associate Investigator
- Effect of Incorporation of Laparoscopic Simulator Training in A General Surgery Residency on Academic and Operative Outcomes
  - Department of Surgery - Associate Investigator

Hawaii Health systems Corporation
> Simulation Crisis Team Training Effect on Rural Hospital Safety Climate (SimCriTTER)
> > Hilo Hospital – Associate Investigator

## PRINCIPLE CURRENT RESPONSIBILITIES

I serve as the Director of Simulation at the University Of Hawaii John A. Burns School Of Medicine, Telehealth Research Institute. This position encompasses responsibility for development and integration of technology enhanced educational programs into the undergraduate medical school curriculum, post graduate training programs, ancillary health education programs, and CME activities. The development of a full academic simulation center capability utilizes multiple medical simulation techniques including human-patient simulators, standardized patients, virtual reality, and other computer based simulation techniques. Additional responsibilities include Primary Investigator responsibilities for a $3.2M remote critical care telehealth research program, co-investigator status on a Army medic training simulation based research project, medical student traumatic shock education research, and a rural health hospital simulation based patient safety research program. Additional responsibilities include direction of selected additional telehealth and medical research programs, and continued clinical competence in pulmonary and critical care medicine.

## TEACHING EXPERIENCE

Tripler Army Medical Center
> Internal Medicine resident curriculum lectures 1993-2005 (15-20/year)
> Critical Care Staff supervisory responsibilities (3 months per year)
> Pulmonary Staff supervisory responsibilities (4 months per year)
> Core Curriculum lectures 25 Hours per year
> Advanced Cardiac Life Support (ACLS) – Instructor
> Advanced Trauma Life Support (ATLS) – Instructor
> Fundamentals of Critical Care Support (FCCS)- Instructor
> Uniformed Services University - Preceptor 3rd year IM clinical clerkship
> > (6 weeks per year) 2000-2005

University of Hawaii John A Burns School of Medicine- Department of Medicine
> Core Lecture Series, Pulmonary Disease Topics
> Board review program faculty
> Clinical supervision and teaching, Pulmonary Clinic (3 months/year)
> Combined Tripler/JABSOM clinical conference faculty (Monthly)
> Pulmonary teaching laboratory – JABSOM MS-I
> Clinical Skills Preceptor, JABSOM MS-I
> Simulation based education curriculum development and training
> > MS4 Emergency Medicine
> > MS3 Surgery
> > MS2 Pulmonary (module 2)

## BOARDS AND COMMUNITY ORGANIZATIONS

| | |
|---|---|
| 1997-2003 | Board of Directors - Hawaii Chapter American Lung Association of Hawaii |
| 1997-2006 | Volunteer - Hawaii Chapter American Lung Association of Hawaii |
| 2003- present | Board of Directors – Ocean Medicine Foundation. Palo Alto, CA |

## MILITARY SERVICE

Health Professions Scholarship Program 1979-1983
Active Duty Medical Corps officer 1983 - 2005
Rank: COLONEL (retired 12/30/2005)

Team Leader: Medical Assistance Missions to Mongolia 1995,1997,1998,1999,2000.
Team Leader: Humanitarian Assistance Program – Republic of The Marshall Islands 2000, 2001
Team Leader: Scientific Education Exchange Program with Peoples Army of Vietnam, Hanoi 2003

Team Leader: Humanitarian Assistance Program. Vietnam Ministry of Health, Thai Bin Province, 2004

**UNIQUE TRAINING**
1984    US Army Flight surgeon
1988    Divers Alert Network Diving Medicine Course
1997    Health Emergencies in Large Populations. International Committee of the Red Cross Advanced Training Seminar for Health Professionals.
1997    Physicians in Management Seminar (PIMS-II)-American College of Physician Executives
2005    University of Pittsburgh; Winter Institute for Simulation, Education, and Research (WISER). Simulation Center and Course Director Training Program