LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, GU 96910
Telephone: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| MARESA L. ANDERSON, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 07-00003 <br><br> **STIPULATION TO AMEND SCHEDULING ORDER AND DISCOVERY PLAN** |

COMES NOW, the parties, by and through their undersigned counsel, and hereby move that the Court grant their request to amend the Scheduling Order and Discovery Plan for this action and in support thereof state:

1.  Due to personal issues being experienced by the Plaintiff, she has not been able to comply with discovery requests of producing a copy of her current medical records, completing additional testing requested by both Plaintiff's and United States' experts and completing an Independent Medical Examination (IME) by the United States' expert.

2.  Plaintiff is unavailable for deposition prior to the current discovery cutoff date.

**ORIGINAL**

Therefore, the parties hereby stipulate to amend the Scheduling Order and Discovery Plan filed herein on May 30, 2007 as follows:

5. **Discovery Plan**.

(b). **Depositions**: Depositions will completed by **Monday, December 15, 2008.**

(d). **Discovery Cutoff**. The discovery cutoff date (defined as the last date to file responses to discovery) shall be **Monday, September 29, 2008.**

(e). **Expert Discovery**:
    1. The disclosures of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made not later than **Monday, September 29, 2008.**
    2. Any designation of rebuttal expert testimony under Rule 26(a)(2) shall be made no later than **Monday, October 27, 2008.**
    3. The depositions of experts may be scheduled at any time at least 20 days subsequent to the submission of rebuttal reports and the depositions of said experts shall be completed no later than **Monday, December 15, 2008.**

6. **Motions**.

(a) All discovery motions shall be filed on or before **Monday, September 29, 2008.**

(b) All dispositive motions shall be filed on or before **Monday, November 17, 2008.**

8. **Preliminary Pretrial Conference.** The preliminary pretrial conference shall be held on **Monday, January 26, 2009 at** _____ **a.m.**

9. **Pretrial Filings**. The parties' pretrial materials, discovery materials, witness lists,

exhibit lists, and designation of discovery responses shall be filed on or before **Monday, February 2, 2009.**

10. **Pretrial Order**. The proposed pretrial order shall be filed on or before **Monday, February 2, 2009.**

11. **Final Pretrial Conference**. The final pretrial conference shall be held on **Monday, February 9, 2009 at _____ a.m.**

12. **Trial**. Trial shall commence at _____ **a.m. Tuesday, February 17, 2009.**

WHEREFORE, the parties respectfully request this Court to enter an Order amending the Scheduling Order and Discovery Plan.

So stipulated this 25th day of April, 2008.

| | |
|---|---|
| Law Offices of JOHN S. UNPINGCO | LEONARDO M. RAPADAS<br>United States Attorney<br>Districts of Guam and the NMI |
| JOHN S. UNPINGCO<br>Attorney for Plaintiff | By: MIKEL W. SCHWAB<br>Assistant U.S. Attorney<br>JESSICA F. Cruz<br>Assistant U.S. Attorney |