LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, GU 96910
Telephone: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 30 2008 PD.
JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| MARESA L. ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL CASE NO. 07-0003 ~~07-0003~~ 07-00003 JC<br><br>**CERTIFICATE OF SERVICE REGARDING STIPULATION TO AMEND SCHEDULING ORDER AND DISCOVERY PLAN** |

I, Julia L. Hunt, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on April 30, 2008, I caused to be served via personal service a copy of the Stipulation to Amend Scheduling Order and Discovery Plan to the following counsel(s) of record:

**John S. Unpingco, Esq.**
**LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**
**777 Route 4, Suite 12B**
**Sinajana, GU 96910**

_____
JULIA L. HUNT
Legal Assistant

**ORIGINAL**