LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, GU 96910
Telephone: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 25 2008 RD.
JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| MARESA L. ANDERSON, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 07-0003 <br><br> **CERTIFICATE OF SERVICE REGARDING DEFENDANT'S MOTION TO DEEM ADMITTED DEFENDANT'S REQUEST FOR ADMISSIONS** |

I, Julia L. Hunt, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on June 24, 2008, I caused to be served via personal service a copy of Defendant's Motion to Deem Admitted Defendant's Request for Admissions to the following counsel(s) of record:

**John S. Unpingco, Esq.**
**LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**
**777 Route 4, Suite 12B**
**Sinajana, GU 96910**

_____
JULIA L. HUNT
Legal Assistant