**FILED**
DISTRICT COURT OF GUAM

JUN 27 2008

**JEANNE G. QUINATA**
Clerk of Court

1 LEONARDO M. RAPADAS
United States Attorney
2 MIKEL SCHWAB
Assistant U.S. Attorney
3 JESSICA F. CRUZ
Assistant U.S. Attorney
4 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 Hagåtña, Guam 96910
PHONE: (671) 472-7332
6 FAX: (671) 472-7334

7 Attorneys for the United States of America

8 DISTRICT COURT OF GUAM

9 TERRITORY OF GUAM

| | |
|---|---|
| 10 MARESA L. ANDERSON, | CIVIL CASE NO. 07-00003 |
| 11 Plaintiff, | |
| 12 vs. | **WITHDRAWAL OF MOTION TO DEEM ADMITTED DEFENDANT'S REQUEST FOR ADMISSIONS** |
| 13 UNITED STATES OF AMERICA, | |
| 14 Defendant. | |

The Defendant, UNITED STATES OF AMERICA, hereby withdraws its Motion to Deem Admitted Defendant's Request for Admissions. The parties have reached an agreement to settle and the motion is now moot.

RESPECTFULLY SUBMITTED: this 27th day of June, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By_____ for
JESSICA F. CRUZ
Assistant U. S. Attorney