1 LEONARDO M. RAPADAS
United States Attorney
2 MIKEL W. SCHWAB
Assistant U.S. Attorney
3 JESSICA F. CRUZ
Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortez
5 Hagåtña, GU 96910
Telephone: (671) 472-7332
6 Fax: (671) 472-7215

7 Attorneys for the United States of America

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | | |
|---|---|---|
| MARESA L. ANDERSON | ) | CIVIL CASE NO. 07-00003 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | **REGARDING DEFENDANT'S** |
| UNITED STATES OF AMERICA, | ) | **WITHDRAWAL OF MOTION TO** |
| | ) | **DEEM ADMITTED DEFENDANT'S** |
| Defendant. | ) | **REQUEST FOR ADMISSIONS** |
| | ) | |

I, Julia L. Hunt, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on June 27, 2008, I caused to be served via personal service a copy of Defendant's Withdrawal of Defendant's Motion to Deem Admitted Defendant's Request for Admissions to the following counsel(s) of record:

**John S. Unpingco, Esq.
LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC
777 Route 4, Suite 12B
Sinajana, GU 96910**

_____
JULIA L. HUNT
Legal Assistant

ORIGINAL