LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

RECEIVED
JUN 19 2008 3:44
UNPINGCO & ASSOCIATES, LLC Calendared

FILED
DISTRICT COURT OF GUAM
JUN 27 2008 RP

JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| MARESA L. ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL CASE NO. 07-00003<br><br>**FIFTH OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. RULE 68** |

This is an offer of Judgment for One Hundred and Sixty Thousand Dollars ($160,000.00) pursuant to Federal Rules of Civil Procedure, Rule 68. This offer is inclusive of costs and fees, and is not an admission of liability. If within ten (10) days after the service of this offer you accept, either party may then file this offer and notice of acceptance together with proof of service thereof and there upon the clerk shall enter

1

**ORIGINAL**

judgment. Should you fail to accept this offer and fail to gain a final judgment against this defendant in excess of One Hundred and Sixty Thousand Dollars ($160,000.00) you must pay all costs incurred after the date of this offer.

SO SUBMITTED this 18th day of June 2008.

LEONARDO M. RAPADAS
United States Attorney
District of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

2