The Law Offices of John S. Unpingco & Associates LLC
777 Route 4
Suite 12B
Sinajana, Guam 96910
Telephone: 671-475-8545
Facsimile: 671-475-8550

*Attorneys for Plaintiff*

**FILED**
**DISTRICT COURT OF GUAM**

JUN 27 2008

**JEANNE G. QUINATA**
**Clerk of Court**

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

MARESA L. ANDERSON,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

    Defendant.

Civil Case No. 07-00003

**ACCEPTANCE OF FIFTH OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. RULE 68**

Defendant's Fifth Offer of Judgment in the above-reference case for $160,000 (One Hundred Sixty Thousand Dollars) inclusive of costs and fees is hereby ACCEPTED. This shall serve as notice of acceptance of the defendant's Fifth Offer.

So submitted this 24th day of June, 2008.

The Law Offices of John S. Unpingco & Associates, LLC

By: _____
John S. Unpingco, Esq.
Attorneys for Plaintiff

US Attorney's Office
Districts of Guam & NMI
JUN 25 2008
Time _____
Receiving name _____
Date keyed in Dbase _____
Entered into Dbase by: _____