The Law Offices of John S. Unpingco & Associates LLC
777 Route 4
Suite 12B
Sinajana, Guam 96910
Telephone: 671-475-8545
Facsimile: 671-475-8550
*Attorneys for Plaintiff*



FILED
DISTRICT COURT OF GUAM

JUN 27 2008 p.b.

JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

MARESA L. ANDERSON,

   Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

   Defendant.

Civil Case No. 07-00003

**CERTIFICATE OF SERVICE**

I, JOHN S. UNPINGCO, Esq., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on June 27, 2008, a true and exact copy of Defendant's "FIFTH OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. RULE 68" and Plaintiff's "ACCEPTANCE OF FIFTH OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. RULE 68" was served via hand delivery on Defendant United States of America, through its attorneys of record, Office of the United States Attorney, 108 Hernan Cortes Avenue, Suite 500, Hagatna, Guam 96910.

3. I declare under penalty of perjury that the foregoing is true and correct.

**The Law Offices of John S. Unpingco & Associates, LLC**

Date: June 27, 2008          By: _____
                                 John S. Unpingco, Esq.