**DISTRICT COURT OF GUAM**

**4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
671-473-9100**

| | |
|---|---|
| MARESA L. ANDERSON, | Civil Case No. 07-00003 |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

Judgment is hereby entered against the United States of America in accordance with the Fifth Offer of Judgment and the Acceptance of Fifth Offer of Judgment Pursuant to Fed.R.Civ.P. Rule 68 filed on June 27, 2008.

Dated this 30th day of June, 2008 in Hagatna, Guam.

Clerk of Court

**/s/ Jeanne G. Quianta**