1

2

3

**DISTRICT COURT OF GUAM**

4

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagatna, Guam 96910**
**671-473-9100**

5

6

7

8    MARESA L. ANDERSON,                )        Civil Case No. 07-00003
                                        )
9                    Plaintiff,         )
                                        )
10            vs.                       )
                                        )
11   THE UNITED STATES OF AMERICA,      )
                                        )
12                   Defendant.         )
     _____)

13

**NOTICE OF ENTRY**

14

15         **NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the
     docket of the above-entitled case the following order or judgment:

16

17

**JUDGMENT**
**signed on June 30, 2008**
**Date of Entry: June 30, 2008**

18

19

20   The original orders or judgments are on file at the Clerk's Office of this court.  The documents
     may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER
21   for a fee.  Information on the PACER system can be found on the court's web page:
     **www.gud.uscourts.gov**.

22

23

     Date:   June 30, 2008                      Clerk of Court

24

                                                **/s/ Jeanne G. Quinata**

25

26

27

28